IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

2019 SEP 17 AM 10: 29

| IN RE: | * | |
| --- | --- | --- |
| | * | |
| LEMARCUS ALLISON | * | CASE NO.: 19-63943-WLH |
| | * | |
| | * | CHAPTER: 13 |
| | * | |
| Debtor. | * | |
| | * | |

## MOTION FOR EXTENSION OF TIME TO FILE NECESSARY PAPERS

COMES NOW, the Debtor in the above-styled action and file herewith a Motion For Extension of Time to File Necessary Papers and shows the Court as follows:

1.

Debtor filed a petition for Relief under Chapter 13 on September 3, 2019, and is therefore subject to the jurisdiction of this Court.

2.

Debtor currently represents himself pro se and has no training in the field of law.

3.

Debtor's petition was prepared and filed in an expedited manner, therefore the Debtor was unable to gather all the necessary documents for completing the Chapter 13 schedules, statement of affairs, plan and other information and documents required.

4.

During the next few weeks, Debtor will have little ability or opportunity to take the steps necessary to complete the Chapter 13 schedules and plan on time.

5.

It is requested that the Court grant the Debtor an additional period of forty-five (45) days so that the Debtor may have sufficient time to prepare and submit the necessary forms and information.

6.

This motion is not made for the purposes of delay and no creditor will suffer any prejudice if Debtor is granted an additional time to file the required schedules and plan.

WHEREFORE, based on the above, the Debtor, urges this Honorable Court to grant him a forty-five (45) days extension of time to file the required schedules and plan.

Respectfully submitted on this 16th day of September 2019.

LEMARCUS ALLISON
Debtor, PRO SE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| LEMARCUS ALLISON | * | CASE NO.:   **19-63943-WLH** |
| | * | |
| | * | CHAPTER:   13 |
| | * | |
| Debtor. | * | |
| | * | |

### CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on or about September 16, 2019, I served a copy of the foregoing MOTION FOR EXTENSION OF TIME TO FILE NECESSARY PAPERS by first class U.S. Mail, with adequate postage prepaid, on the following persons or entities at the following addresses stated:

Date: September 16, 2019                      Respectfully,

_____
Lemarcus Allison
Debtor, Pro Se

Chapter 13 Trustee
United States Bankruptcy Court
Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA 30303