UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. **19-63943-WLH** |
| | ) | |
| LEMARCUS ALLISON, | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | JUDGE HAGENAU |

**NOTICE OF RESCHEDULED
341 MEETING OF CREDITORS AND CONFIRMATION HEARING**

**PLEASE TAKE NOTICE** that, **Lemarcus Allison**, Debtor, has filed this NOTICE OF RESCHEDULED 341 MEETING OF CREDITORS AND CONFIRMATION HEARING, on Thursday, December 05, 2019 (Doc No 37).

**PLEASE TAKE FURTHER NOTICE** that, the Court will hold the **RESCHEDULED 341 MEETING OF CREDITORS** hearing on **Third Floor − Courtroom 368**, **Monday**, **January 06**, **2020** at **3:30 p.m**., at the Richard B. Russell Federal Building and United States Courthouse located at

Richard B. Russell Federal Building and
United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

**PLEASE TAKE FURTHER NOTICE** that, the Court will hold the **RESCHEDULED CONFIRMATION** hearing in **Courtroom 1403** on **Wednesday**, **February 12**, **2020** at **1:45 p.m**., at the Richard B. Russell Federal Building and United States Courthouse located at

Richard B. Russell Federal Building and
United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing.

You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing.

The address of the Clerk's Office is

United States Bankruptcy Court
Suite 1340
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

You must also mail a copy of your response to the undersigned at the address stated below.

Medley & Associates, LLC
Suite 1450
2727 Paces Ferry Road
Atlanta, GA 30339

Dated: Thursday, December 05, 2019

        Respectfully Submitted,

          /s/_Leonard R. Medley, III
        Leonard R. Medley, III,
        Attorney for Debtor
        Georgia Bar No. 500685

Medley & Associates, LLC
Suite 1450
2727 Paces Ferry Road
Atlanta, GA 30339
(770) 319-7592
Fax: (770) 319-7594
Email: leonard@mkalaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. **19-63943-WLH** |
| | ) | |
| LEMARCUS ALLISON, | ) | CHAPTER 13 |
| | ) | |
| DEBTOR. | ) | JUDGE HAGENAU |

### CERTIFICATE OF SERVICE

I, Leonard R. Medley, III, hereby certify under penalty of perjury that I am more than 18 years of age, and that I served a copy of the within "NOTICE OF RESCHEDULED 341 MEETING OF CREDITORS AND CONFIRMATION HEARING," filed in this bankruptcy case upon the following by first class U. S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

| **CHAPTER 13 TRUSTEE** | **UNITED STATES TRUSTEE** | **DEBTOR** |
|---|---|---|
| Nancy J. Whaley, Standing Ch. 13 Trustee | Office of the United States Trustee | Lemarcus Allison |
| 303 Peachtree Center Avenue | 362 Richard Russell Building | 2200 Fairburn Rd SW |
| Suite 120, | 75 Ted Turner Drive, SW | Atlanta, GA 30331 |
| Suntrust Garden Plaza | Atlanta, GA 30303 | |
| Atlanta, GA 30303 | | |

| **NOTICE OF APPEARANCE** | **NOTICE OF APPEARANCE** |
|---|---|
| Lisa F. Caplan, Esq. | Quicken Loans Inc. |
| Rubin Lublin, LLC | Attn: A. Michelle Hart Ippoliti |
| 3145 Avalon Ridge Place, Suite 100 | c/o McCALLA RAYMER LEIBERT PIERCE, LLC |
| Peachtree Corners, GA 30071 | 1544 Old Alabama Road |
| | Roswell, GA 30076 |

### SUPPLEMENTAL MAILING MATRIX ON FOLLOWING PAGES

Dated: Thursday, December 05, 2019

_____/s/_ Leonard R. Medley, III _____
Leonard R. Medley, III,
Attorney for Debtor
Georgia Bar No. 500685
Medley & Associates, LLC

```
CaIcon Mutual Mortgage, Inc.
250 Montrose Drive
McDonough, GA 30253



CalCon Mutual Mortgage LLC
1 Corporate Drive, Ste 360
Lake Zurich, IL 60047-8945



Calcon Mutual Mortgage, LLC
3131 Camino Del Rio N
#1680
San Diego, CA 92108-5755



McCalla Raymer Pierce, LLC
1544 Old Alabama Road
Roswell, GA 30076-2102



Quicken Loans Inc.
Bankruptcy Team
635 Woodward Ave.
Detroit, MI 48226-3408



Quicken Loans, Inc.
3034 Dogwood Drive
Atlanta, GA 30354



TCF National Bank
250 Montrose Drive
McDonough, GA 30253
```

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 19-63943-wlh<br>Northern District of Georgia<br>Atlanta<br>Thu Dec  5 10:36:20 EST 2019 | Lemarcus Allison<br>2200 Fairburn Rd  SW<br>Atlanta, GA 30331-5039 | Heather D. Bock<br>McCalla Raymer Leibert Pierce LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| CalCon Mutual Mortgage LLC<br>1 Corporate Drive, Ste 360<br>Lake Zurich, IL 60047-8945 | Calcon Mutual Mortgage, Inc.<br>250 Montrose Drive<br>McDonough, GA 30253-4242 | Calcon Mutual Mortgage, LLC<br>3131 Camino Del Rio N<br>#1680<br>San Diego, CA 92108-5755 |
| Lisa F. Caplan<br>Rubin Lublin, LLC<br>Suite 100<br>3145 Avalon Ridge Place<br>Peachtree Corners, GA 30071-1570 | A. Michelle Hart Ippoliti<br>McCalla Raymer Leibert Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Quicken Loans Inc.<br>Bankruptcy Team<br>635 Woodward Ave.<br>Detroit, MI 48226-3408 |
| Quicken Loans, Inc.<br>3034 Dogwood Drive<br>Hapeville, GA 30354-1119 | John D. Schlotter<br>McCalla Raymer Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | TFC National Bank<br>250 Montrose Drive<br>McDonough, GA 30253-4242 |
| Wells Fargo Bank, N.A., Wells Fargo Card Ser<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA  50306-0438 | Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120, Suntrust Garden Plaza<br>Atlanta, GA 30303-1216 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CalCon Mutual Mortgage LLC | (u)Quicken Loans Inc. | (u)Suntrust (VISA Credit Card) |

End of Label Matrix
Mailable recipients    13
Bypassed recipients     3
Total                  16