# UNITED STATES BANKRUPTCY COURT

For the    Northern Georgia

Case #: 19-63943

CHAPTER 13

IN RE: Lemarcus Allison

Honorable Wendy L. Hagenau

## CERTIFICATE OF SERVICE

Monica Lash states and certifies that on 02/28/2020, TCF National Bank did serve a copy of the following documents: Notice of Mortgage Payment Change and this Certificate of Service upon the following ECF participants:

**Debtor's Counsel**
Leonard R Medley Iii
2727 Paces Ferry Road Se
Atlanta GA 30339

**Trustee**
Nancy J Whaley
303 Peachtree Center Avenue #120
Atlanta, GA 30303

by using the ECF system, and I hereby certify that the aforementioned documents were also served upon the following non-ECF participants:

Lemarcus Allison
250 MONTROSE DR
MCDONOUGH, GA 30253-4242

by placing said documents into envelope(s), addressed to the above-listed individual(s), postage fully prepaid thereon, and depositing said envelope(s) into the U.S. mail receptacle in PLYMOUTH, MN 55441.

**Completed by:**

**TCF Employee Information**

Name: Monica Lash
Address: 1405 XENIUM LANE N PCC-2E-D, PLYMOUTH, MN 55441
Phone #: 763-337-5001    E-mail: MLash@TCFBank.com

CERTSV 05/30/18

726 RL-COL 12-2016

**Fill in this information to identify the case:**

Debtor 1 Lemarcus Allison

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy for the: Northern Georgia

Case No. 19-63943

---

Official Form 410S1

## Notice of Mortgage Payment Change            12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.  See Bankruptcy Rule 3002.1.

**Name of creditor:** AUTO CLUB TRUST

**Court claim no. (if known):** 4

**Last four digits** of any number you use to identify the debtor's account: 4 0 4 5

**Date of payment change:**
Must be at least 21 days after date of this notice        03/23/2020

**New total payment:**        $ 949.71
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   [X] No
   [ ] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $ _____        New escrow payment:  $ _____

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to interest rate on the debtor's variable-rate account?
   [X] No
   [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  _____ %        New interest rate:  _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   [ ] No
   [X] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.  (Court approval may be required before the payment change can take effect.)

   Reason for change:  Calendar Days Change

   Current mortgage payment: $ 1,015.20        New mortgage payment: $ 949.71

---

Official Form 410S1            Notice of Mortgage Payment Change            page 1

Debtor 1 ____Lemarcus Allison_____  Case number (if known): ___19-63943_____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _/s/ Monica Lash_____          Date  02/28/2020
   Signature

**Print:**    ____Monica Lash_____          Title  __Bankruptcy Specialist_____

Company    __TCF NATIONAL BANK_____

Address    __1405 XENIUM LANE N PCC-2E-D____

           __PLYMOUTH_____ MN 55441___

Contact phone  (_763_) _337_-_5001_          Email  __MLash@TCFBank.com_____

Official Form 410S1                Notice of Mortgage Payment Change                page 2

# NOTICE OF MORTGAGE PAYMENT CHANGE

## ADDENDUM

TCF is providing this addendum to assist all parties in understanding the repayment obligations of the non-arrearage, post-petition payments applicable to this home equity line of credit. This account provides for daily simple interest, which means that the amount of interest owed for the current billing cycle is determined by the number of days in the billing cycle and the outstanding principal balance. The payments on this account are interest only.

TCF respectfully asks the court to accept this addendum as part of the payment change notice required by Bankruptcy Rule 3002.1. If the court does not accept this addendum, TCF will not include it with subsequent notices. Further, TCF does not provide a separate notice of an interest rate change on home equity lines of credit, consistent with federal law.

1737 RL-COL 03-02-16